IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BERNICE BROWN d/b/a MILLI PRODUCTIONS d/b/a KARMILLA ALI d/b/a HANDBAGE & THINGS,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) CIVIL ACTION NO. 1:24-00240-JB-N<br>)<br>) |
| **CATHOLIC MUTUAL GROUP, et al.,** | )<br>) |
| **Defendants.** | ) |

### ORDER

This matter is before the Court on Plaintiff Motion's for More Time to Appeal. (Doc. 36). The Court, contemporaneously with this Order, has entered judgment by separate document on the docket of this action. Plaintiff's time for appeal is governed by Rule 58 of the Federal Rules of Civil Procedure and the Federal Rule of Appellate Procedure.

**DONE and ORDERED** this 10th day of January, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE